## Wilma Burbeck, Plaintiff-Appellant, v. Ira Rapp, Defendant-Appellee.

**Gen. No. 11,271.**

Second District, First Division.

October 16, 1959.

Released for publication November 3, 1959.

Williams, McCarthy, and Kinley (Elmer C. Rudy, of counsel) for plaintiff-appellant; Maynard and Maynard (James F. Maynard, of counsel) for defendant-appellee. Opinion by JUSTICE McNEAL. Not to be published in full.